# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JUSTIN LOMAKO,                                    1:07-cv-01609-LJO-SMS (HC)

                Petitioner,

     vs.                                          ORDER AUTHORIZING
                                                 IN FORMA PAUPERIS STATUS

DEPARTMENT OF CORRECTIONS AND
REHABILITATION,

                Respondent.
_____/

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to

proceed *in forma pauperis*.  The petition will be screened in due course.

IT IS SO ORDERED.

**Dated:  __November 14, 2007__**          _____/s/ Sandra M. Snyder_____
                                        UNITED STATES MAGISTRATE JUDGE